In re: Case No. 21-00698-EPB

PABLO PANDURO CURIEL, JR. Chapter 7

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0970-2 | User: oroscol | Page 1 of 4 |
| Date Rcvd: Feb 01, 2021 | Form ID: 309A | Total Noticed: 114 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PABLO PANDURO CURIEL, JR., 3930 WEST GUMINA AVENUE, LAVEEN, AZ 85339-9512 |
| 16343398 | + | Admirals, 815 Reservoir, Cranston RI 02910-4442 |
| 16343400 | | American Coradius International, LLC, 2420 Sweet Home Road, Suite 150, Buffalo NY 14228-2244 |
| 16343403 | + | Anthony Padilla, 2041 East Detroit Street, Chandler AZ 85225-8252 |
| 16343411 | + | Arcadia Biltmore Justice Court, RE Case#: CC2015-101605, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343406 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-058965, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343407 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-109028, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343408 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-115287, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343409 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-154312, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343410 | + | Arcadia Biltmore Justice Court, RE Case#: CC2015-069180, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343414 | + | Border States Industries, Inc., c/o Hammerman & Hultgren, P.C., 3101 N. Central Ave., Suite 500, Phoenix AZ 85012-2639 |
| 16343415 | + | Border States Industries, Inc., c/o Corporation Service Company, 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343416 | | Bureau of Medical Economics, Attn: Bankruptcy, PO Box 20247, Phoenix AZ 85036-0247 |
| 16343417 | + | Carlson Systems LLC, c/o Business Filings Incorporated, 3800 N. Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343418 | + | Carlson Systems LLC, c/o Andrew Westle - New Am Funding, PO Box 650076, Dallas TX 75265-0076 |
| 16343419 | + | Cedars-Sinai Physicians Outpatient Rehab, 444 S. San Vicente Blvd., Los Angeles CA 90048-4165 |
| 16343420 | + | Celeste D Padilla, 2041 East Detroit Street, Chandler AZ 85225-8252 |
| 16343421 | + | Central Credit Services, LLC, 9550 Regency Square Blvd., Ste. 500A, Jacksonville FL 32225-8169 |
| 16343423 | | Collections USA, Inc., PO Box 10070, Glendale AZ 85318-0070 |
| 16343425 | + | Copper State Home Builders, LLC, c/o Robert Reder (Blythe Grace PLLC), 4040 E. Camelback Rd., Ste. 275, Phoenix AZ 85018-2737 |
| 16343424 | #+ | Copper State Home Builders, LLC, c/o Clint Steven Fessler, 1455 E. Magnum Rd., Queen Creek AZ 85140-3188 |
| 16343427 | + | Curiel Enterprises Corporation, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343428 | + | Curiel Whitworth Construction LLC, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343429 | + | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines IL 60018-3338 |
| 16343431 | + | Dreamy Draw Justice Court, RE CASE #: CC2015-023748, 18380 N. 40th St., Phoenix AZ 85032-1446 |
| 16343433 | + | Epcon Electric, LLC, c/o P.I.C. Construction, Inc., 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343434 | + | Equifax Credit Information Services, Inc, PO Box 740241, Atlanta GA 30374-0241 |
| 16343435 | + | Essco Wholesale Electric Inc., c/o Mark A. Kirkorsky, P.C., PO Box 25287, Tempe AZ 85285-5287 |
| 16343436 | + | Experian Information Solutions, Inc., PO Box 4500, Allen TX 75013-1311 |
| 16343437 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro PA 19040-3433 |
| 16343438 | + | Ferguson Enterprises, Inc., Mark A. Kirkorsky, P.C., PO Box 25287, Tempe AZ 85285-5287 |
| 16343439 | | First Financial Investment Fund, 3091 Governors Lake Dr, Suite 500, Peachtree Corners GA 30071-1135 |
| 16343440 | + | Gilberto & Alejandro Romo, c/o Philip Whitaker, 1850 N. Central Ave., Ste. 1800, Phoenix AZ 85004-4561 |
| 16343441 | + | Graybar Electric Company Inc., Corporation Service Company, 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343442 | + | Graybar Electric Company, Inc., 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343443 | + | Graybar Electric Company, Inc., 34 N. Meramec Ave., Saint Louis MO 63105-1678 |
| 16343444 | + | Gurstel Law Firm, P.C., 9320 East Raintree Drive, Scottsdale AZ 85260-2016 |
| 16343445 | + | Hitachi Capital America Corp., 800 Connecticut Avenue, Norwalk CT 06854-1738 |
| 16343446 | + | Hud Title I, Hud Title I - Bankruptcy Notice, 451 7th Street SW, Washington DC 20410-0002 |
| 16343447 | + | Iasis Healthcare LLC, 3800 North Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343449 | + | Independent Electric Supply, Inc., c/o Titus Brueckner & Levine PLC, 8355 E. Hartford Dr., Ste. 200, Scottsdale AZ 85255-2548 |
| 16343451 | + | Independent Electric Supply, Inc., Attn: Legal, 4707 E. Baseline Road, Phoenix AZ 85042-6563 |
| 16343448 | + | Independent Electric Supply, Inc., c/o CT Corporation System, 3800 N. Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343450 | + | Independent Electric Supply, Inc., Attn: Legal, 4400 Leeds Ave., Ste. 500, North Charleston SC 29405-7548 |
| 16343452 | + | Independent Electric Supply, Inc., Attn: Legal, 2001 Marina Blvd., San Leandro CA 94577-3204 |

| | | |
|---|---|---|
| 16343454 | + | Iron Bridge Mortgage Fund, LLC, c/o David Brnilovich - Jennings, Strouss, 16150 N. Arrowhead Ftn. Ctr, Ste. 250, Peoria AZ 85382-4754 |
| 16343455 | + | Isaac Diaz Curiel, 726 East Kingbird Drive, Gilbert AZ 85297-1212 |
| 16343457 | + | Jeffrey M Labriola, c/o Denise H L J Troy, 1850 N. Central Ave., Ste. 1400, Phoenix AZ 85004-4568 |
| 16343458 | + | Kachina Door & Trim, LLC, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343459 | + | Laboratory Corporation of America, PO Box 2240, Burlington NC 27216-2240 |
| 16343460 | + | McDowell Mountain Justice Court, RE CASE#: CC2015-136463, 18380 N. 40th Street, Phoenix AZ 85032-1446 |
| 16343461 | + | Mic Mar Demolition LLC, 4231 S. 37th Street, Phoenix AZ 85040-1813 |
| 16343462 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem PA 19020-0986 |
| 16343463 | | Mountain Vista Emergency Physicians, PO Box 975213, Dallas TX 75397-5213 |
| 16343464 | + | Navitas Lease Corp., c/o Corpdirect Agents, Inc., 300 N. Centrak Ave., Ste. 460, Phoenix AZ 85004-2111 |
| 16343466 | + | Navitas Lease Corp., 300 N. Central Ave., Ste. 46, Phoenix AZ 85004-2111 |
| 16343467 | + | Navitas Lease Corp., 203 Fort Wade Road, Ste. 300, Ponte Vedra FL 32081-5159 |
| 16343465 | + | Navitas Lease Corp., c/o Michael J Fuller, 3030 N. 3rd St., Ste. 200, Phoenix AZ 85012-3044 |
| 16343468 | + | Neurology Associates, Collections USA Inc., ATTN: Bankruptcy, PO Box 10070, Glrndale AZ 85318-0070 |
| 16343469 | + | P.I.C. Construction, Inc., 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343470 | + | Paramount Recovery Systems, PO Box 23369, Waco TX 76702-3369 |
| 16343471 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles CA 90051-4387 |
| 16343472 | + | Platte River Insurance Company, c/o John Parker, 1204 E. Baseline Rd., Ste. 206, Tempe AZ 85283-1453 |
| 16343473 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis MN 55439-0846 |
| 16343475 | + | Seidberg Law Offices, PC, PO Box 7290, Phoenix AZ 85011-7290 |
| 16343476 | + | Sequoia Financial Services, 28632 Roadside Dr., Ste. 110, Agoura Hills CA 91301-6074 |
| 16343477 | + | Service Finance Company, Attn: Bankruptcy, 555 S. Federal Highway, Boca Raton FL 33432-6033 |
| 16343478 | + | Smith Paknejad PLC, 11333 N. Scottsdale Rd., Ste. 200, Scottsdale AZ 85254-5192 |
| 16343479 | + | Smith Paknejad PLC, c/o Pouria Paknejad, 555 Anton Blvd., Ste. 150, Costa Mesa CA 92626-7036 |
| 16343480 | + | South Mountain Justice Court, RE CASE#: CC2018-057218, 620 W. Jackson St., Suite 1044, Phoenix AZ 85003-2410 |
| 16343481 | + | South Mountain Justice Court, RE CASE#: CC2020-186104, 620 W. Jackson St., Suite 1044, Phoenix AZ 85003-2410 |
| 16343482 | | Southeast Valley Gastroenterology Cons., PO Box 840176, Los Angeles CA 90084-0176 |
| 16343483 | | Southwest Diagnostic Imaging, PO Box 207758, Dallas TX 75320-7758 |
| 16343486 | + | Sultan Enterprises, Inc., 4109 E. Phelps Road, Phoenix AZ 85032-3335 |
| 16343485 | + | Sultan Enterprises, Inc., 2726 W. Southern Ave., Tempe AZ 85282-4205 |
| 16343487 | + | Sunnova Energy Corpora, 24 Greenway Plaza, Ste. 1515, Houston TX 77046-2452 |
| 16343488 | + | Sunrise Urology PC, Coastal Recovery Solutions, ATTN: Bankruptcy, PO Box 3084, Visalia CA 93278-3084 |
| 16343490 | + | Superior Court - Clerk of the Court, RE Case#: CV2015-008796, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343496 | + | Superior Court - Clerk of the Court, RE Case#: CV2015-010780, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343497 | + | Superior Court - Clerk of the Court, RE Case#: CV2016-013364, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343498 | + | Superior Court - Clerk of the Court, RE Case#: CV2016-050638, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343489 | + | Superior Court - Clerk of the Court, RE Case#: CV2019-009405, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343491 | + | Superior Court - Clerk of the Court, RE Case#: TJ2018-004415, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343492 | + | Superior Court - Clerk of the Court, RE Case#: CV2003-013955, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343493 | + | Superior Court - Clerk of the Court, RE Case#: CV2009-017735, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343494 | + | Superior Court - Clerk of the Court, RE Case#: CV2013-002796, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343495 | + | Superior Court - Clerk of the Court, RE Case#: CV2014-004907, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343501 | | TransUnion Consumer Solutions, PO Box 2000, Chester PA 19016-2000 |
| 16343506 | + | Waddell Serafino Geary Rechner Jenevein, 4645 N. 32nd St., Ste. A-150, Phoenix AZ 85018-3390 |
| 16343507 | + | Zwicker & Associates, P.C., 1225 W. Washington St., Suite 110, Tempe AZ 85281-1237 |

TOTAL: 90

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ecf@neeleylaw.com | | |
| | | Feb 02 2021 03:45:00 | KENNETH L NEELEY, NEELEY LAW FIRM, PLC, 1120 S. DOBSON RD., STE. 230, CHANDLER, AZ 85286 |
| tr | + EDI: QBJMULLEN.COM | | |
| | | Feb 02 2021 06:08:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| smg | EDI: AZDEPREV.COM | | |
| | | Feb 02 2021 06:08:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16343402 | Email/Text: ebn@americollect.com | | |
| | | Feb 02 2021 06:05:00 | Americollect, PO Box 1566, 1851 South Alverno |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Road, Manitowoc WI 54221 |
| 16343404 | | EDI: APPLIEDBANK.COM | Feb 02 2021 06:08:00 | Applied Bank, 4700 Exchange Court, Boca Raton FL 33431 |
| 16343405 | + | Email/Text: bankruptcy@aps.com | Feb 02 2021 06:05:47 | APS, PO Box 53999, Station 3200, Phoenix AZ 85072-3999 |
| 16343413 | + | EDI: ATTWIREBK.COM | Feb 02 2021 06:08:00 | AT&T, DirecTV, Attn: Bankruptcy, 4331 Communication Dr., Floor 4W, Dallas TX 75211-1300 |
| 16343399 | + | Email/Text: bankruptcy@allegrocredit.com | Feb 02 2021 06:06:00 | Allegro Acceptance, 1111 Bayhill Drive, Suite 460, San Bruno CA 94066-3054 |
| 16343401 | | EDI: AMEREXPR.COM | Feb 02 2021 06:08:00 | American Express, PO Box 981535, El Paso TX 79998-1535 |
| 16343412 | + | EDI: AZDEPREV.COM | Feb 02 2021 06:08:00 | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections, 2005 N. Central Ave., Ste. 100, Phoenix AZ 85004-1546 |
| 16343422 | | Email/Text: bmg.bankruptcy@centurylink.com | Feb 02 2021 06:05:00 | CenturyLink, PO Box 91155, Seattle WA 98111-9255 |
| 16343426 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 02 2021 06:27:22 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16343430 | + | EDI: ESSL.COM | Feb 02 2021 06:08:00 | Dish Network, PO Box 6633, Englewood CO 80155-6633 |
| 16343432 | | Email/Text: bknotice@ercbpo.com | Feb 02 2021 06:05:00 | Enhanced Recovery, 8014 Bayberry Rd., Jacksonville FL 32256-7412 |
| 16343453 | + | EDI: IRS.COM | Feb 02 2021 06:08:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16343456 | | EDI: JEFFERSONCAP.COM | Feb 02 2021 06:08:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud MN 56303 |
| 16343474 | + | Email/Text: san_marcos@mcjc.maricopa.gov | Feb 02 2021 06:06:00 | San Marcos Justice Court - Court Clerk, RE Case #: CC2015-102993, 201 E. Chicago Street, Ste. 103, Chandler AZ 85225-8502 |
| 16343484 | + | EDI: AZDEPREV.COM | Feb 02 2021 06:08:00 | State of Arizona, c/o Office of the Attorney General, 1275 W. Washington, Phoenix AZ 85007-2926 |
| 16343499 | | EDI: RMSC.COM | Feb 02 2021 06:08:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 16343500 | + | EDI: LCITDAUTO | Feb 02 2021 06:08:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills MI 48333-9223 |
| 16343502 | + | Email/Text: bankruptcydepartment@tsico.com | Feb 02 2021 06:06:00 | Transworld Systems, Inc., PO Box 15630, Wilmington DE 19850-5630 |
| 16343504 | + | EDI: ECMC.COM | Feb 02 2021 06:08:00 | U.S. Department of Education, FedLoan, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16343503 | + | EDI: ECMC.COM | Feb 02 2021 06:08:00 | U.S. Department of Education, Po Box 5609, Greenville TX 75403-5609 |
| 16343505 | | EDI: USBANKARS.COM | Feb 02 2021 06:08:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati OH 45201 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 03, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| KENNETH L NEELEY | on behalf of Debtor PABLO PANDURO CURIEL JR. ecf@neeleylaw.com, ign@neeleylaw.com,r50688@notify.bestcase.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 3

| | | **Information to identify the case:** | | Social Security number or ITIN | xxx–xx–8411 |
|---|---|---|---|---|---|

| Debtor 1 | **PABLO PANDURO CURIEL JR.** | | Social Security number or ITIN | xxx–xx–8411 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ | |
| | | EIN | _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | **District of Arizona** | Date case filed for chapter | **7**  **1/29/21** | |
| Case number: | **2:21–bk–00698–EPB** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | PABLO PANDURO CURIEL JR. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3930 WEST GUMINA AVENUE<br>LAVEEN, AZ 85339 | |
| 4. | **Debtor's attorney**<br>Name and address | KENNETH L NEELEY<br>NEELEY LAW FIRM, PLC<br>1120 S. DOBSON RD., STE. 230<br>CHANDLER, AZ 85286 | Contact phone 480–802–4647<br>Email: ecf@neeleylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BRIAN J. MULLEN<br>PO BOX 32247<br>PHOENIX, AZ 85064 | Contact phone 602–283–4468<br>Email: bmullen@bktrustee.phxcoxmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **PABLO PANDURO CURIEL JR.**  Case number **2:21–bk–00698–EPB**

| 6. | **Bankruptcy clerk's office** | U.S. Bankruptcy Court, Arizona | Office Hours: |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727 | 8:30 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 2/1/21 |
| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | March 9, 2021 at 08:30 AM<br><br>**BY TELEPHONE**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: BRIAN J. MULLEN<br>Call in number: 866–819–3854<br>Passcode: 8713604 |
| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/10/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.<br><br>Deadline for holder(s) of a claim secured by a security interest in the debtor's principal residence (Rule 3002(c)(7)(A): **70 Days from Case Filed Date.** | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**