United States Bankruptcy Court
District of Arizona

In re:  Case No. 21-00698-EPB
PABLO PANDURO CURIEL, JR.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2　　　　　　　　　　　　　User: galbanp　　　　　　　　　　　　　Page 1 of 4
Date Rcvd: Apr 07, 2021　　　　　　　　　　　Form ID: cla001　　　　　　　　　　　Total Noticed: 114

The following symbols are used throughout this certificate:
Symbol　　Definition

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | PABLO PANDURO CURIEL, JR., 3930 WEST GUMINA AVENUE, LAVEEN, AZ 85339-9512 |
| 16343398 | + | Admirals, 815 Reservoir, Cranston RI 02910-4442 |
| 16343400 | | American Coradius International, LLC, 2420 Sweet Home Road, Suite 150, Buffalo NY 14228-2244 |
| 16343403 | + | Anthony Padilla, 2041 East Detroit Street, Chandler AZ 85225-8252 |
| 16343411 | + | Arcadia Biltmore Justice Court, RE Case#: CC2015-101605, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343406 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-058965, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343407 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-109028, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343408 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-115287, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343409 | + | Arcadia Biltmore Justice Court, RE Case#: CC2014-154312, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343410 | + | Arcadia Biltmore Justice Court, RE Case#: CC2015-069180, 620 W. Jackson St., Phoenix AZ 85003-2403 |
| 16343414 | + | Border States Industries, Inc., c/o Hammerman & Hultgren, P.C., 3101 N. Central Ave., Suite 500, Phoenix AZ 85012-2639 |
| 16343415 | + | Border States Industries, Inc., c/o Corporation Service Company, 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343416 | | Bureau of Medical Economics, Attn: Bankruptcy, PO Box 20247, Phoenix AZ 85036-0247 |
| 16343417 | + | Carlson Systems LLC, c/o Business Filings Incorporated, 3800 N. Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343418 | + | Carlson Systems LLC, c/o Andrew Westle - New Am Funding, PO Box 650076, Dallas TX 75265-0076 |
| 16343419 | + | Cedars-Sinai Physicians Outpatient Rehab, 444 S. San Vicente Blvd., Los Angeles CA 90048-4165 |
| 16343420 | + | Celeste D Padilla, 2041 East Detroit Street, Chandler AZ 85225-8252 |
| 16343421 | + | Central Credit Services, LLC, 9550 Regency Square Blvd., Ste. 500A, Jacksonville FL 32225-8169 |
| 16343423 | | Collections USA, Inc., PO Box 10070, Glendale AZ 85318-0070 |
| 16343425 | + | Copper State Home Builders, LLC, c/o Robert Reder (Blythe Grace PLLC), 4040 E. Camelback Rd., Ste. 275, Phoenix AZ 85018-2737 |
| 16343424 | #+ | Copper State Home Builders, LLC, c/o Clint Steven Fessler, 1455 E. Magnum Rd., Queen Creek AZ 85140-3188 |
| 16343427 | + | Curiel Enterprises Corporation, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343428 | + | Curiel Whitworth Construction LLC, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343429 | + | D & A Services, LLC, 1400 E. Touhy Ave., Ste. G2, Des Plaines IL 60018-3338 |
| 16343431 | + | Dreamy Draw Justice Court, RE CASE #: CC2015-023748, 18380 N. 40th St., Phoenix AZ 85032-1446 |
| 16343433 | + | Epcon Electric, LLC, c/o P.I.C. Construction, Inc., 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343434 | + | Equifax Credit Information Services, Inc, PO Box 740241, Atlanta GA 30374-0241 |
| 16343435 | + | Essco Wholesale Electric Inc., c/o Mark A. Kirkorsky, P.C., PO Box 25287, Tempe AZ 85285-5287 |
| 16343436 | + | Experian Information Solutions, Inc., PO Box 4500, Allen TX 75013-1311 |
| 16343437 | + | FBCS, Inc., 330 S. Warminster Road, Suite 353, Hatboro PA 19040-3433 |
| 16343438 | + | Ferguson Enterprises, Inc., Mark A. Kirkorsky, P.C., PO Box 25287, Tempe AZ 85285-5287 |
| 16343439 | | First Financial Investment Fund, 3091 Governors Lake Dr, Suite 500, Peachtree Corners GA 30071-1135 |
| 16343440 | + | Gilberto & Alejandro Romo, c/o Philip Whitaker, 1850 N. Central Ave., Ste. 1800, Phoenix AZ 85004-4561 |
| 16343441 | + | Graybar Electric Company Inc., Corporation Service Company, 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343442 | + | Graybar Electric Company, Inc., 8825 N. 23rd Ave., Ste. 100, Phoenix AZ 85021-4148 |
| 16343443 | + | Graybar Electric Company, Inc., 34 N. Meramec Ave., Saint Louis MO 63105-1678 |
| 16343444 | + | Gurstel Law Firm, P.C., 9320 East Raintree Drive, Scottsdale AZ 85260-2016 |
| 16343445 | + | Hitachi Capital America Corp., 800 Connecticut Avenue, Norwalk CT 06854-1738 |
| 16343446 | + | Hud Title I, Hud Title I - Bankruptcy Notice, 451 7th Street SW, Washington DC 20410-0002 |
| 16343447 | + | Iasis Healthcare LLC, 3800 North Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343449 | + | Independent Electric Supply, Inc., c/o Titus Brueckner & Levine PLC, 8355 E. Hartford Dr., Ste. 200, Scottsdale AZ 85255-2548 |
| 16343451 | + | Independent Electric Supply, Inc., Attn: Legal, 4707 E. Baseline Road, Phoenix AZ 85042-6563 |
| 16343448 | + | Independent Electric Supply, Inc., c/o CT Corporation System, 3800 N. Central Ave., Ste. 460, Phoenix AZ 85012-1995 |
| 16343450 | + | Independent Electric Supply, Inc., Attn: Legal, 4400 Leeds Ave., Ste. 500, North Charleston SC 29405-7548 |
| 16343452 | + | Independent Electric Supply, Inc., Attn: Legal, 2001 Marina Blvd., San Leandro CA 94577-3204 |

| | | |
|---|---|---|
| 16343454 | + | Iron Bridge Mortgage Fund, LLC, c/o David Brnilovich - Jennings, Strouss, 16150 N. Arrowhead Ftn. Ctr, Ste. 250, Peoria AZ 85382-4754 |
| 16343455 | + | Isaac Diaz Curiel, 726 East Kingbird Drive, Gilbert AZ 85297-1212 |
| 16343457 | + | Jeffrey M Labriola, c/o Denise H L J Troy, 1850 N. Central Ave., Ste. 1400, Phoenix AZ 85004-4568 |
| 16343458 | + | Kachina Door & Trim, LLC, 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343459 | + | Laboratory Corporation of America, PO Box 2240, Burlington NC 27216-2240 |
| 16343460 | + | McDowell Mountain Justice Court, RE CASE#: CC2015-136463, 18380 N. 40th Street, Phoenix AZ 85032-1446 |
| 16343461 | + | Mic Mar Demolition LLC, 4231 S. 37th Street, Phoenix AZ 85040-1813 |
| 16343462 | + | Monarch Recovery Management, Inc., PO Box 986, Bensalem PA 19020-0986 |
| 16343463 | | Mountain Vista Emergency Physicians, PO Box 975213, Dallas TX 75397-5213 |
| 16343464 | + | Navitas Lease Corp., c/o Corpdirect Agents, Inc., 300 N. Centrak Ave., Ste. 460, Phoenix AZ 85004-2111 |
| 16343466 | + | Navitas Lease Corp., 300 N. Central Ave., Ste. 46, Phoenix AZ 85004-2111 |
| 16343467 | + | Navitas Lease Corp., 203 Fort Wade Road, Ste. 300, Ponte Vedra FL 32081-5159 |
| 16343465 | + | Navitas Lease Corp., c/o Michael J Fuller, 3030 N. 3rd St., Ste. 200, Phoenix AZ 85012-3044 |
| 16343468 | + | Neurology Associates, Collections USA Inc., ATTN: Bankruptcy, PO Box 10070, Glrndale AZ 85318-0070 |
| 16343469 | + | P.I.C. Construction, Inc., 3930 West Gumina Avenue, Laveen AZ 85339-9512 |
| 16343470 | + | Paramount Recovery Systems, PO Box 23369, Waco TX 76702-3369 |
| 16343471 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles CA 90051-4387 |
| 16343472 | + | Platte River Insurance Company, c/o John Parker, 1204 E. Baseline Rd., Ste. 206, Tempe AZ 85283-1453 |
| 16343473 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis MN 55439-0846 |
| 16343475 | + | Seidberg Law Offices, PC, PO Box 7290, Phoenix AZ 85011-7290 |
| 16343476 | + | Sequoia Financial Services, 28632 Roadside Dr., Ste. 110, Agoura Hills CA 91301-6074 |
| 16343477 | + | Service Finance Company, Attn: Bankruptcy, 555 S. Federal Highway, Boca Raton FL 33432-6033 |
| 16343478 | + | Smith Paknejad PLC, 11333 N. Scottsdale Rd., Ste. 200, Scottsdale AZ 85254-5192 |
| 16343479 | + | Smith Paknejad PLC, c/o Pouria Paknejad, 555 Anton Blvd., Ste. 150, Costa Mesa CA 92626-7036 |
| 16343480 | + | South Mountain Justice Court, RE CASE#: CC2018-057218, 620 W. Jackson St., Suite 1044, Phoenix AZ 85003-2410 |
| 16343481 | + | South Mountain Justice Court, RE CASE#: CC2020-186104, 620 W. Jackson St., Suite 1044, Phoenix AZ 85003-2410 |
| 16343482 | | Southeast Valley Gastroenterology Cons., PO Box 840176, Los Angeles CA 90084-0176 |
| 16343483 | | Southwest Diagnostic Imaging, PO Box 207758, Dallas TX 75320-7758 |
| 16343486 | + | Sultan Enterprises, Inc., 4109 E. Phelps Road, Phoenix AZ 85032-3335 |
| 16343485 | + | Sultan Enterprises, Inc., 2726 W. Southern Ave., Tempe AZ 85282-4205 |
| 16343487 | + | Sunnova Energy Corpora, 24 Greenway Plaza, Ste. 1515, Houston TX 77046-2452 |
| 16343488 | + | Sunrise Urology PC, Coastal Recovery Solutions, ATTN: Bankruptcy, PO Box 3084, Visalia CA 93278-3084 |
| 16343496 | + | Superior Court - Clerk of the Court, RE Case#: CV2015-010780, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343497 | + | Superior Court - Clerk of the Court, RE Case#: CV2016-013364, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343498 | + | Superior Court - Clerk of the Court, RE Case#: CV2016-050638, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343489 | + | Superior Court - Clerk of the Court, RE Case#: CV2019-009405, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343491 | + | Superior Court - Clerk of the Court, RE Case#: TJ2018-004415, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343492 | + | Superior Court - Clerk of the Court, RE Case#: CV2003-013955, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343493 | + | Superior Court - Clerk of the Court, RE Case#: CV2009-017735, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343494 | + | Superior Court - Clerk of the Court, RE Case#: CV2013-002796, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343495 | + | Superior Court - Clerk of the Court, RE Case#: CV2014-004907, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16343490 | + | Superior Court - Clerk of the Court, RE Case#: CV2015-008796, 201 W. Jefferson, Phoenix AZ 85003-2205 |
| 16366235 | + | TD AUTO FINANCE LLC, c/o SEIDBERG LAW OFFICES, PC, PO BOX 7290, PHOENIX AZ 85011-7290 |
| 16343501 | | TransUnion Consumer Solutions, PO Box 2000, Chester PA 19016-2000 |
| 16343506 | + | Waddell Serafino Geary Rechner Jenevein, 4645 N. 32nd St., Ste. A-150, Phoenix AZ 85018-3390 |
| 16343507 | + | Zwicker & Associates, P.C., 1225 W. Washington St., Suite 110, Tempe AZ 85281-1237 |

TOTAL: 91

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QBJMULLEN.COM | Apr 08 2021 02:08:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| smg | EDI: AZDEPREV.COM | Apr 08 2021 02:08:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 16343402 | Email/Text: ebn@americollect.com | Apr 08 2021 00:12:00 | Americollect, PO Box 1566, 1851 South Alverno Road, Manitowoc WI 54221 |
| 16343404 | EDI: APPLIEDBANK.COM | Apr 08 2021 02:08:00 | Applied Bank, 4700 Exchange Court, Boca Raton |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | FL 33431 |
| 16343405 | + | Email/Text: bankruptcy@aps.com | Apr 08 2021 00:11:23 | APS, PO Box 53999, Station 3200, Phoenix AZ 85072-3999 |
| 16343413 | + | EDI: ATTWIREBK.COM | Apr 08 2021 02:08:00 | AT&T, DirecTV, Attn: Bankruptcy, 4331 Communication Dr., Floor 4W, Dallas TX 75211-1300 |
| 16343399 | + | Email/Text: bankruptcy@allegrocredit.com | Apr 08 2021 00:13:00 | Allegro Acceptance, 1111 Bayhill Drive, Suite 460, San Bruno CA 94066-3054 |
| 16343401 | | EDI: AMEREXPR.COM | Apr 08 2021 02:08:00 | American Express, PO Box 981535, El Paso TX 79998-1535 |
| 16343412 | + | EDI: AZDEPREV.COM | Apr 08 2021 02:08:00 | Arizona Department of Revenue, c/o Tax, Bankruptcy, and Collections, 2005 N. Central Ave., Ste. 100, Phoenix AZ 85004-1546 |
| 16343422 | | Email/Text: bmg.bankruptcy@centurylink.com | Apr 08 2021 00:12:00 | CenturyLink, PO Box 91155, Seattle WA 98111-9255 |
| 16343426 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2021 00:05:02 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas NV 89193-8873 |
| 16343430 | + | EDI: ESSL.COM | Apr 08 2021 02:08:00 | Dish Network, PO Box 6633, Englewood CO 80155-6633 |
| 16343432 | | Email/Text: bknotice@ercbpo.com | Apr 08 2021 00:12:00 | Enhanced Recovery, 8014 Bayberry Rd., Jacksonville FL 32256-7412 |
| 16343453 | + | EDI: IRS.COM | Apr 08 2021 02:08:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia PA 19101-7346 |
| 16343456 | | EDI: JEFFERSONCAP.COM | Apr 08 2021 02:08:00 | Jefferson Capital Systems, LLC, 16 McLeland Rd., Saint Cloud MN 56303 |
| 16343474 | + | Email/Text: san_marcos@mcjc.maricopa.gov | Apr 08 2021 00:13:00 | San Marcos Justice Court - Court Clerk, RE Case #: CC2015-102993, 201 E. Chicago Street, Ste. 103, Chandler AZ 85225-8502 |
| 16343484 | + | EDI: AZDEPREV.COM | Apr 08 2021 02:08:00 | State of Arizona, c/o Office of the Attorney General, 1275 W. Washington, Phoenix AZ 85007-2926 |
| 16343499 | | EDI: RMSC.COM | Apr 08 2021 02:08:00 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 965060, Orlando FL 32896-5060 |
| 16343500 | + | EDI: LCITDAUTO | Apr 08 2021 02:08:00 | TD Auto Finance, Attn: Bankruptcy, PO Box 9223, Farmington Hills MI 48333-9223 |
| 16343502 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 08 2021 00:13:00 | Transworld Systems, Inc., PO Box 15630, Wilmington DE 19850-5630 |
| 16343504 | + | EDI: ECMC.COM | Apr 08 2021 02:08:00 | U.S. Department of Education, FedLoan, Ecmc/Bankruptcy, Po Box 16408, Saint Paul MN 55116-0408 |
| 16343503 | + | EDI: ECMC.COM | Apr 08 2021 02:08:00 | U.S. Department of Education, Po Box 5609, Greenville TX 75403-5609 |
| 16343505 | | EDI: USBANKARS.COM | Apr 08 2021 02:08:00 | US Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati OH 45201 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2021  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM B. NACH | on behalf of Trustee BRIAN J. MULLEN adam.nach@lane-nach.com tturner@lane-nach.com,danica.kolb@lane-nach.com,deborah.mckernan@lane-nach.com |
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| KENNETH L NEELEY | on behalf of Debtor PABLO PANDURO CURIEL JR. ecf@neeleylaw.com, ign@neeleylaw.com,r50688@notify.bestcase.com,ecfmail@neeleylaw.com |
| U.S. TRUSTEE | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 4

FORM CLA−001
REVISED 01/12/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                          Case No.: 2:21−bk−00698−EPB

PABLO PANDURO CURIEL JR.                        Chapter: 7
3930 WEST GUMINA AVENUE
LAVEEN, AZ 85339
SSAN: xxx−xx−8411
EIN:

Debtor(s)

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1.   All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **July 8, 2021** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2.   For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3.   The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4.   YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: April 7, 2021

Address of the Bankruptcy Clerk's Office:        Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101                George Prentice
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov